# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00205-CV

**In re Stephen J. Seavall**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relator has filed a motion for temporary relief, seeking to stay the trial court's discovery order while we consider the merits of his petition for writ of mandamus. *See* Tex. R. App. P. 52.10. We grant relator's motion and stay the order until we resolve the merits of the petition.

Ordered May 17, 2013.

Before Justices Puryear, Pemberton and Rose